# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| TREVA SUDELL JONES,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:17-cv-01166-STA-jay |

## **NOTICE OF SETTLEMENT**

Plaintiff Treva Sudell Jones ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2. On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3. The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4. Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019. (*Thomas* ECF No. 55.)

5. No appeals were taken from Judge Lauck's Order.

6. On October 4, 2019, the Parties stipulated to dismiss the claims asserted in this action with prejudice to the extent Plaintiff purported to bring them on a class wide basis.

Doc. 46.

7. Negotiations to resolve Plaintiff's individual claim have been successful and have resulted in an agreement in principle. The Parties expect to finalize the agreement and file a Stipulation of Dismissal by February 28, 2020.

DATED: January 13, 2020                                          Respectfully submitted,

| | |
|---|---|
| /s/John Soumilas | /s/Meryl W. Roper |
| James A. Francis* | Zachary Andrew McEntyre* |
| John Soumilas* | Meryl W. Roper* |
| Jordan M. Sartell* | John Christopher Toro* |
| **FRANCIS & MAILMAN, P.C.** | King & Spalding LLC |
| 1600 Market Street, Suite 2510 | 1180 Peachtree St. NE, Suite 1700 |
| Philadelphia, PA 19103 | Atlanta, GA 30309 |
| T: 215.735.8600 | 404-572-4600 (T) |
| F: 215.940.8000 | 404-572-5100 (F) |
| jfrancis@consumerlawfirm.com | zmcentyre@kslaw.com |
| jsoumilas@consumerlawfirm.com | mroper@kslaw.com |
| jsartell@consumerlawfirm.com | jtoro@kslaw.com |
| | |
| Micah S. Adkins, W.D. TN #8639148AL | Katherine McFarland Stein* |
| THE ADKINS FIRM, P.C. | King & Spalding LLP |
| 1025 Westhaven Blvd., Suite 220 | 500 W. 2nd Street, Suite 1800 |
| Franklin, TN 37064 | Austin, TX 78701 |
| T: 615-370-9659 | 512-457-2020 (T) |
| F: 615-370-4099 | 404-457-2100 (F) |
| MicahAdkins@ItsYourCreditReport.com | kstein@kslaw.com |
| | |
| * *Admitted Pro Hac Vice* | Brian L. Yoakum |
| | Evens Petree, P.C. |
| *Attorneys for Plaintiff John Henry Foley* | 1000 Ridgeway Loop, Suite 200 |
| | Memphis, TN 38120 |
| | 901-525-6781 (T) |
| | 901-521-0681 (F) |
| | byoakum@evanspetree.com |
| | |
| | *Attorneys for Defendant Equifax Information Services, LLC* |

2

## **CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of January 2020, I served a copy of the foregoing via CM/ECF filing, which will send notification to the following counsel of record:

> Zachary Andrew McEntyre
> Meryl W. Roper
> John Christopher Toro
> King & Spalding LLC
> 1180 Peachtree St. NE, Suite 1700
> Atlanta, GA 30309
> 404-572-4600 (T)
> 404-572-5100 (F)
> zmcentyre@kslaw.com
> mroper@kslaw.com
> jtoro@kslaw.com
>
> Katherine McFarland Stein
> King & Spalding LLP
> 500 W. 2nd Street, Suite 1800
> Austin, TX 78701
> 512-457-2020 (T)
> 404-457-2100 (F)
> kstein@kslaw.com
>
> Brian L. Yoakum
> Evens Petree, P.C.
> 1000 Ridgeway Loop, Suite 200
> Memphis, TN 38120
> 901-525-6781 (T)
> 901-521-0681 (F)
> byoakum@evanspetree.com
>
> *Attorneys for Defendant Equifax Information Services, LLC*

        */s/ James A. Francis*
James A. Francis