# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| TREVA SUDELL JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:17-cv-01166-STA-jay |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Treva Sudell Jones ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court as follows:

1.　　This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2.　　On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3.　　The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4.　　Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019.   (*Thomas* ECF No. 55.)

5.　　No appeals were taken from Judge Lauck's Order.

6.　　On October 4, 2019, the Parties stipulated to dismiss the claims asserted in this action with prejudice to the extent Plaintiff purported to bring them on a class wide basis.

Doc. 46.

7.  The Parties now inform this Court that the remaining individual claim in this action is now settled and fully resolved.

WHEREFORE, the Parties respectfully request a dismissal of the matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

DATED: March 13, 2020                    Respectfully submitted,

/s/John Soumilas                          /s/Meryl W. Roper
James A. Francis*                         Zachary Andrew McEntyre*
John Soumilas*                            Meryl W. Roper*
Jordan M. Sartell*                        John Christopher Toro*
**FRANCIS & MAILMAN, P.C.**               King & Spalding LLC
1600 Market Street, Suite 2510            1180 Peachtree St. NE, Suite 1700
Philadelphia, PA 19103                    Atlanta, GA 30309
T: 215.735.8600                           404-572-4600 (T)
F: 215.940.8000                           404-572-5100 (F)
jfrancis@consumerlawfirm.com              zmcentyre@kslaw.com
jsoumilas@consumerlawfirm.com             mroper@kslaw.com
jsartell@consumerlawfirm.com              jtoro@kslaw.com

Micah S. Adkins, W.D. TN #8639148AL       Katherine McFarland Stein*
THE ADKINS FIRM, P.C.                     King & Spalding LLP
1025 Westhaven Blvd., Suite 220           500 W. 2nd Street, Suite 1800
Franklin, TN 37064                        Austin, TX 78701
T: 615-370-9659                           512-457-2020 (T)
F: 615-370-4099                           404-457-2100 (F)
MicahAdkins@ItsYourCreditReport.com       kstein@kslaw.com

*Admitted Pro Hac Vice*                   Brian L. Yoakum
                                          Evens Petree, P.C.
*Attorneys for Plaintiff John Henry Foley*  1000 Ridgeway Loop, Suite 200
                                          Memphis, TN 38120
                                          901-525-6781 (T)
                                          901-521-0681 (F)
                                          byoakum@evanspetree.com

                                          *Attorneys for Defendant Equifax Information Services, LLC*

2

**APPROVED AND SO ORDERED:**

**Date:** _____    _____
S. THOMAS ANDERSON
Chief United States District Judge