# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**TREVA SUDELL JONES,**              **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**EQUIFAX INFORMATION SERVICES, LLC.,**    CASE NO: 17-1166-STA-jay

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on March 13, 2020, this cause is hereby DISMISSED with prejudice.

                                                    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/13/2020**              **THOMAS M. GOULD**
                                                    **Clerk of Court**

                                                  s/Maurice B. BRYSON

                                                  **(By) Deputy Clerk**